Case: 1:26-mj-00180
Assigned To : Sharbaugh, Matthew J.
Assign. Date : 10/7/2026
Description: COMPLAINT W/ARREST WARRANT

**STATEMENT OF FACTS**

On October 1, 2026, at approximately 7:40 p.m., officers with Metropolitan Police Department, Officers Akeem Saunders and Conover responded to the 1500 block of Military Road NW. They observed a vehicle in the middle of Military Road NW facing eastbound in the left lane, with its rear driver side against the concrete median, creating a traffic hazard for approaching motorists. The officers observed a male later identified as Deandre Lewis Bigesby ("BIGESBY"), sitting on the median. A photograph of the vehicle on the median is shown in Figure 1 below.




***Figure 1. Photograph of vehicle in the middle of the road.***

Once BIGESBY saw both officers, he went inside of his vehicle. Officer Saunders observed BIGESBY turn on the vehicle's rear windshield wipers and heard him making loud noises. Both officers exited their cruiser and were about to approach the vehicle in which BIGESBY was seated. BIGESBY then exited the vehicle and fled on foot heading Eastbound in the middle of Military Road NW with oncoming traffic. Officer Saunders observed BIGESBY carrying a white plastic bag in his hand as he fled. BIGESBY then crossed Military Road and headed southbound towards 14th Street NW. Officer Saunders and Officer Conover broadcast a lookout of BIGESBY to units in the field, black male with a black sweater and black pants with a red T-shirt underneath.

Officer Gallagher responded to assist with the canvass for BIGESBY and made his way in the vicinity of 14th Street NW and Oglethorpe St NW. As Officer Gallagher continued to canvass, he was flagged down (honking her horn) by a woman driving a white SUV, who stated a man in all black and bright red was waving a gun in the air at the corner. Officer Gallagher then broadcast

a man with a gun, same suspect black male with a red shirt and he's waving a gun at the corner. Officer Gallagher then responded in the direction where BIGESBY was seen. Once Officer Gallagher observed BIGESBY walking, where he suddenly stopped and then exited his vehicle. Officer Gallagher walked towards BIGESBY, while giving him loud verbal commands let me see your hands and get on the ground. BIGESBY initially failed to comply and kept walking. Officer Gallagher observed BIGESBY carrying a white bag and observed a black object flying backwards from the left side of BIGESBY's body, followed by a loud sound of a metal object as it struck the ground. Officer Gallagher repeated commands to BIGESBY get on the ground two additional times before BIGESBY complied. Once BIGESBY was placed in handcuffs, Officer Gallagher went to the location where the object fell to the ground and observed the object to be a gun. Officer Gallagher then broadcast over the radio for crime scene to respond.

Search incident to arrest on scene yielded a bag containing multiple small bags containing a white in color rock like substance consistent with that of illicit narcotics. Upon further review of the narcotics, a weight of 4.8 grams was determined and field tested positive for cocaine. $1678.18 of US currency was recovered from BIGESBY's right front pants pocket. The large quantity and various denominations coupled with the possession of narcotics and a firearm is indicative of sales. Figure 2 below depicts the firearm as recovered on the street (top left); the plastic bag and its contents weighing approximately 4.8 grams (top right); and the contents of that bag (bottom).




***Figure 2. Photograph of firearm as recovered on the street (top left); bag recovered from BIGESBY (top right); small zips inside larger bag (bottom)***

CSU (Crime Scene Unit) 34 responded to the scene to process the firearm as Taurus G3, chambered in nine-millimeter bearing serial number XXXXXXX. Additionally, the crime scene technician removed 8 rounds in a high-capacity magazine and 1 round in the chamber. With my training and experience the magazine has a capacity greater than 10 rounds.

Based on your affiant's training and experience, the manner in which the cocaine was packaged in multiple smaller plastic bags, together with BIGESBY's possession of a substantial amount of U.S. currency and a loaded firearm, is consistent with possession for distribution rather than with possession solely for personal use. Narcotics distributors commonly package controlled substances into smaller quantities for individual sales and possess cash proceeds and firearms in connection with their drug trafficking activities. Additionally, based on your affiant's training and experience, narcotics distributors commonly possess readily accessible loaded firearms to protect themselves, their narcotics, and proceeds from narcotics sales.

Records show that BIGESBY has been previously been convicted of a crime punishable by imprisonment for a term exceeding one year. Accordingly, BIGESBY was prohibited from possessing a firearm or ammunition.

Your affiant is aware there are no federally licensed firearms or ammunition manufacturers in the District of Columbia. Therefore, there is probable cause to believe that the firearm and ammunition described above traveled in interstate commerce before they were recovered in the District of Columbia.

As such, your affiant submits that probable cause exists to charge BIGESBY with violation of 18 U.S.C. Section 924(c)(1)(A) (Possession of a Firearm in Furtherance of a Drug Trafficking Crime); 18 U.S.C. Section 922(g)(1) (Unlawful Possession of Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year); and 21 U.S.C. Section 841(a)(1) (Possession with Intent to Distribute a Controlled Substance).

Respectfully submitted,

Akeem S. Saunders, Police Officer
Badge Number 5291
D.C. Metropolitan Police Department

Subscribed and sworn by telephone pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on October 7, 2026.

HONORABLE MATTHEW J. SHARBAUGH
UNITED STATES MAGISTRATE JUDGE